LEA DE GORTER, Respondent, v. STAFFORD LAWNS, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

LOUIS DUBNER, Respondent, v. JAMAICA PUNTINE LEASEHOLD CORPORATION, Defendant, and TOMA DEVELOPMENT Co., INC., Appellant.— Order denying motion of appealing defendant to dismiss amended complaint affirmed, with ten dollars costs and disbursements, with leave to answer within ten days from service of a copy of the order herein. Under the fire clause, the lessor was bound to make repairs, although the premises were untenantable. (Bacon v. Albany Perf. Wrapping Paper Co., 22 Misc. 592.) The conveyance by appellant did not release it from liability on the fire clause. (Chamberlain v. Dunlop, 126 N. Y. 45; Carpenter v. Pocasset Mfg. Co., 180 Mass. 130; Jones v. Parker, 163 id. 564; Neal v. Jefferson, 212 id. 517; Ganz v. Clark, 252 N. Y. 92.) Lazansky, P. J., Young, Carswell and Tompkins, JJ., concur; Hagarty, J., dissents.

EMMA GOLDBERG, Appellant, v. LOUIS GOLDBERG, Respondent. (Appeals Nos. 1 and 2.) — Order granting defendant's motion to confirm the original report and the supplemental reports of the official referee and modifying the final judgment of divorce by reducing alimony, and order denying plaintiff's motion for counsel fee and disbursements in connection with appeal No. 1 affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Application for Letters of Administration with the Will Annexed of ERIC JULIUS ANDERSON, Deceased. GUSTAV L. MATTSSON, Appellant; MARTIN KROGEDAL, Respondent.— Decree of the Surrogate's Court of Richmond county, admitting to probate the last will and testament of Eric Julius Anderson and revoking prior letters of administration granted to Gustav L. Mattsson, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises Located on the Southwesterly Side of Benson Avenue between Bay Twenty-second and Bay Twenty-third Streets, in the Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law. WILLIAM T. SMITH, Appellant; THE CITY OF NEW YORK, Respondent.— Order dated October 21, 1930, reversed upon the law and the facts, without costs, and appellant's bill of costs and expenses fixed at the sum of $2,500, as audited by the auditor of accounts and certified by the comptroller. We are of opinion that such sum is a fair and reasonable compensation for appellant. In view of the disposition of the appeal from this order, the appeal from the order of June 6, 1929, is dismissed. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.